Michael MANIGAULT, Claimant-
Appellant

v.

David J. SHULKIN, Secretary of
Veterans Affairs, Respondent-
Appellee

2016-1851

United States Court of Appeals,
Federal Circuit.

April 6, 2017

ZACHARY STOLZ, Chisholm Chisholm & Kilpatrick, Providence, RI, argued for claimant-appellant. Also represented by ROBERT VINCENT CHISHOLM, JENNA ZELLMER.

AMANDA TANTUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; Y. KEN LEE, BRYAN THOMPSON, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Reyna, Mayer, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

SKILLSURVEY, INC., Plaintiff-
Appellant

v.

CHECKSTER LLC, Defendant-Appellee

2016-1994

United States Court of Appeals,
Federal Circuit.

April 6, 2017

RICHARD CHARLES PETTUS, Greenberg Traurig LLP, New York, NY, argued for plaintiff-appellant. Also represented by JONATHAN D. BALL.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for defendant-appellee. Also represented by ADAM MICHAEL LEWIN, LAURENCE F. PULGRAM.

(Taranto, Schall, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**